UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:09-CR-52 |
| | ) | |
| ANTONIO B. GAINES | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 11, 2009. [Doc. 57]. The government has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the Motion to Suppress Statements filed by Antonio B. Gaines is **GRANTED.** [Doc. 39].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE